BELL'S ASBESTOS CO. v. H. W. JOHNS MANUF'G CO.

(Supreme Court, Appellate Division, First Department. April 24, 1896.)

PLEADING—BILL OF PARTICULARS—PREMATURE APPLICATION.
    A motion made before issue joined to require plaintiff to serve a bill
of particulars, unless needed for the purpose of preparing the answer,
is premature and should be denied.

Appeal from special term, New York county.

Action by Bell's Asbestos Company against the H. W. Johns Manu-
facturing Company. From an order directing service of a bill of
particulars, plaintiff appeals. Reversed.

Argued before VAN BRUNT, P. J., and WILLIAMS, PATTER-
SON, O'BRIEN, and INGRAHAM, JJ.

Herbert Barry, for appellant.
L. E. Sexton, for respondent.

PER CURIAM. It appears from an examination of the papers
upon this appeal that the bill of particulars was not needed for the
purpose of preparing the answer to be put in to the plaintiff's com-
plaint, and therefore the motion was prematurely made, and should
have been denied. It may, however, be proper to grant a bill as
to some of the particulars referred to in those papers in order that
the defendant may prepare for trial.

Order reversed, with $10 costs and disbursements, and motion
denied, with $10 costs, with leave to renew after issue joined.